ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

- 7 2001

CLERK, U.S. DISTRICT COURT
By _____
            Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO.3-00-CV2273-X |
| KNAPP MEDICAL CENTER, | § § § | |
| Defendants. | § | |

## AGREED STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE

TO THE HONORABLE COURT:

Plaintiff St. Paul Fire & Marine Insurance Company ("St. Paul") files this Agreed Stipulation for Extension of Time to File Response Defendant's Motion to Dismiss and respectfully shows the Court as follows:

I.

1. Defendant Knapp Medical Center ("Knapp") served its Motion to Dismiss via certified mail, return receipt on December 14, 2000.

2. Pursuant to the Federal Rules of Civil Procedure and Local Rules, Plaintiff St. Paul's response is due on or before January 8, 2001.

3. Plaintiff St. Paul respectfully requests an extension of time to respond to Defendant Knapp's Motion to Dismiss.

II.

4. Defendant's Counsel has agreed to the granting of this extension wherein Plaintiff's response would be due on or before **March 8, 2001**.

5.  This request for extension is not made for the purposes of delay, but as a reasonable accommodation to Plaintiff so that justice may be done.

III.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, St. Paul request an extension of time from this Court until March 8, 2001 to file its response to Defendant Knapp's Motion to Dismiss. A proposed Order granting the same is attached.

Respectfully submitted,

BAKER & MCKENZIE

_____
Robert D. Allen
State Bar No. 01051315
Linda M. Dedman
State Bar No. 24007098
2001 Ross Avenue, Suite 2300
Dallas, TX 75201
Telephone: 214-978-3000
Facsimile: 214-978-3099

AGREED:

DAVIS & DAVIS, P.C.

_____
Mark Alan Keene
State Bar No. 00784375
P.O. Box 1588
Austin, Texas 78767
Telephone: 512-343-6248
Facsimile: 512-343-0121

*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document has been served via certified mail, return receipt requested on the following counsel of record this 7th day of February, 2001:

        Mark Alan Keene
        Davis & Davis, P.C.
        P.O. Box 1588
        Austin, Texas 78767

_____
Robert D. Allen