IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 27 2001
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | | |
|---|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 3-00-CV2273-X |
| KNAPP MEDICAL CENTER, | § § § | |
| Defendants. | § | |

## MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiff St. Paul Fire & Marine Insurance Company ("St. Paul") files this Motion to Dismiss With Prejudice and respectfully shows as follows:

I.

In light of the Texas Supreme Court case *Texas Association of Counties County Government Risk Management Pool v. Matagorda County and Keith Kilgore*, St. Paul chooses not to pursue the claims asserted in the above-styled action.

II.

St. Paul respectfully requests that this Court dismiss all claims brought by it with prejudice to refiling same, with costs of suit taxed to the party incurring such costs.

          Respectfully submitted,

          BAKER & MCKENZIE

          */s/ Linda M. Dedman*
          Robert D. Allen
          State Bar No. 01051315
          Linda M. Dedman
          State Bar No. 24007098
          2001 Ross Avenue, Suite 2300
          Dallas, TX 75201
          Telephone: 214-978-3000
          Facsimile: 214-978-3099

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document has been served via certified mail, return receipt requested on the following counsel of record this 26th day of March, 2001:

          Mark Alan Keene
          Davis & Davis, P.C.
          P.O. Box 1588
          Austin, Texas 78767

          */s/ Linda M. Dedman*
          Linda M. Dedman